IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:22-cv-02799-SHL-cgc |
| TINA ROCHELLE HUMES, | ) |
| Defendant. | ) |

**ORDER REQUESTING STATUS UPDATE**

This matter came before the Court on the Government's Application for Writ of Garnishment, filed November 17, 2022 (ECF No. 1). On July 13, 2023, a Report of Sale was filed (ECF No. 8) advising that a 2018 Chrysler 300-Sedan was sold through auction for $16,500, with $13,111.90 remaining after expenses were deducted. The remaining funds were delivered to the Clerk of the Court.

Because this case is still pending nearly three years later, the Court **DIRECTS** the Government to provide a status update, informing the Court of whether the garnishment has terminated and whether the Court may close this case.

**IT IS SO ORDERED,** this 31st day of October, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE