IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff, </br></br> v. </br></br> TINA ROCHELLE HUMES, </br></br>    Defendant. | ) ) ) ) ) ) ) ) ) ) </br></br> No. 2:22-cv-02799-SHL-cgc |

**ORDER GRANTING MOTION TO TERMINATE WRIT OF EXECUTION**

Before the Court is Plaintiff United States of America's Motion to Terminate Writ of Execution and Dismiss Case Without Prejudice, filed November 3, 2025. (ECF No. 10.) In the Motion, the Government seeks to terminate the Writ of Execution that was issued on November 18, 2022. (Id.) According to the Government, the property that was the subject of the writ of execution was executed against and sold, and the payment was applied to Defendant Tina Rochelle Humes' restitution debt on July 13, 2023. (Id.)

Therefore, for good cause shown, the Motion is **GRANTED**.

**IT IS SO ORDERED,** this 6th day of November, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE